UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant(s).
-------------------------------------------------------------X

Defendant _Jeremy Ortiz-Molina_ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

✓   Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Bail/Detention Hearing

___  Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Jeremy Ortiz-Molina_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Jocelyn Strauber_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 1, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge